AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

TIMOTHY SKENNION,

    Plaintiff,

V.

EMAIL DATA SOURCE, INC.,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 7466**

TO: (Name and address of defendant)

Email Data Source, Inc.
65 Broadway
Suite 601
New York, New York 10006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID N. MAIR, ESQ.
KAISER SAURBORN & MAIR. P.C.
20 EXCHANGE PLACE, 43RD FLOOR
NEW YORK, NEW YORK 10005

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: AUG 2 3 2007

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07 CV 7466                                                                 Purchased/Filed: August 23, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT                 SOUTHERN COUNTY

---

Timothy Skennion                                                                                      Plaintiff

against

Email Data Source, Inc.                                                                           Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on August 29, 2007, at 11:45am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Case and Complaint Bearing the above Index # and Filing Date on Email Data Source, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 38    Approx. Wt: 140    Approx. Ht: 5'6
Color of skin: White    Hair color: Blonde    Sex: Female    Other:

Sworn to before me on this

31st day of        August 2007

Deborah A Bottisti (Berlin)
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0614255