David N. Mair [DM-8883]
KAISER SAURBORN & MAIR, P.C.
111 Broadway, 18th Floor
New York, New York 10006
(212) 338-9100
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIMOTHY SKENNION,                                               **07 Civ. 7466**

                Plaintiff,

  -against-                                                    **NOTICE OF CHANGE**
                                                              **OF ADDRESS**

EMAIL DATA SOURCE, INC.,

                Defendants.
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE that Kaiser Saurborn & Mair, P.C., counsel for plaintiff in the above-captioned matter, has moved its offices to 111 Broadway, 18th floor, New York, New York 10006, effective October 1, 2007. Our telephone and facsimile numbers remain the same.

Dated: New York, New York
       September 27, 2007

                                          Kaiser Saurborn & Mair, P.C.

                                By: s/
                                  David N. Mair [DM-8883]
                                  111 Broadway, 18th Floor
                                  New York, New York 10006
                                  (212) 338-9100