DROHAN LEE & KELLEY LLP
264 West 40th Street, 18th Floor
New York, New York 10022
(212) 710-0006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TIMOTH SKENNION,

                *Plaintiff,*

                07 CV 7466
                ECF CASE

-against-

                Rule 7.1 Statement

EMAIL DATA SOURCE, INC.,

                *Defendant.*
------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [ formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **EMAIL DATA SOURCE, INC.** (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of **EMAIL DATA SOURCE, INC.**, which are publicly held.

Date:  September 20, 2007

                                            Kristian K. Larsen (KL7253)